**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TARIE HASSAN,

    Plaintiff,

v.        Case No. 14-14407

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                          /

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objections; (2) Adopting the Magistrate Judge's Report and Recommendation; (3) Deeming Moot Plaintiff's Motion for Summary Judgment; (4) Denying Plaintiff's Amended Motion for Summary Judgment; and (5) Granting Defendant's Motion for Summary Judgment" dated March 24, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Tarie Hassan. Dated at Detroit, Michigan, this 24th day of March 2016.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: March 24, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 24, 2016, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522